UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SANDRA DOMNITZ,

                              Plaintiff,                  **INITIAL CASE MANAGEMENT AND SCHEDULING ORDER**

     -against-

MANHASSET-LAKEVILLE FIRE DISTRICT and        Civil Action No.: 16-cv-5844
MANHASSET-LAKEVILLE FIRE DEPARTMENT,      (JFB)(AKT)

                              Defendants.
------------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

**I.     DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for completion of initial disclosures Required by Rule 26(a): | February 15, 2017 |
| First request for production of documents and first request for interrogatories due by: | March 22, 2017 |
| Responses to first request for production of documents and first set of interrogatories due by: | May 5, 2017 |
| Deadline for joinder of additional parties and amendment of pleadings: | May 17, 2017 |
| <u>Status Conference</u>: | July 6, 2017, at a time to be determined by the Court. |

**II. CHECKLIST TO BE COMPLETED BY THE PARTIES AND RETURNED WITH THE RULE 26(f) DISCOVERY PLAN:**

A. <u>Initial Disclosures</u>: Counsel confirm that the Initial Disclosures have been served:

Plaintiff:                                          Defendant:

☑ Yes   ☐ No                            ☑ Yes   ☐ No

B. <u>Stipulation and Order of Confidentiality</u>: Counsel confirm that they have consulted in good faith regarding the need for such an order:

☑ Yes   ☐ No

Based on that consultation, counsel find that a Stipulation and Order of Confidentiality is:

☑ Needed   ☐ Not needed

C. <u>Electronically Stored Information ("ESI")</u>: Counsel confirm that they have met And conferred regarding the existence of any relevant ESI on both sides:

☑ Yes   ☐ No

The parties have had some preliminary discussion about the type of ESI which is in their clients' respective possession or control and how they wish to have such ESI produced:

☑ Yes   ☐ No

Based on those discussions, counsel are advising the Court that the relevant ESI consists of:

1. The parties have discussed that they may have e-mails, text messages and social media profiles which are discoverable.

2. The parties are in the process of identifying individuals who may have discoverable ESI, collecting that ESI and developing a search process.

D. HIPAA Release Authorizations: Counsel confirm that such authorization for this case are:

☒ Needed ☐ Not needed

**SO ORDERED:**

Dated: Central Islip, New York

_____
A. KATHLEEN TOMLINSON
United States Magistrate Judge